IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR 14-2025 |
| | ) | |
| vs. | ) | |
| | ) | |
| KANDIS MARIE GRAHAM, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on November 14, 2014, this Court entered a Preliminary Order

of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1), and 28 U.S.C.

§ 2461(c), based upon the defendant's guilty plea entered on September 23, 2014, in

which defendant consented to the forfeiture of any interest he had or has in the

firearm and ammunition alleged to be subject to forfeiture under the Forfeiture

Allegation of the June 18, 2014, Indictment;

AND WHEREAS, notice of this forfeiture was posted on www.forfeiture.gov

for 30 consecutive days beginning November 25, 2014, and continuing through

December 24, 2014, of the United States' intent to dispose of the property in

accordance with the law and further notifying all third parties of their right to

petition the Court within thirty (30) days for a hearing to adjudicate the validity of

their alleged legal interest in the property;

AND WHEREAS, no third-party claims have been made for return of seized property against the firearm and ammunition included in the Preliminary Order of Forfeiture entered on November 14, 2014.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1.      That any right, title, and interest defendant has or had in the hereinafter described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2.      That the following property belonging to Kandis Marie Graham, who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

> a.      **a Taurus PT111 Pro 9mm pistol, bearing
> serial no. TD070534 and;**
>
> b.      **98 rounds of 9mm ammunition;**

which were seized from defendant on or about May 30, 2012 in Waterloo, Iowa.

3.      That the Bureau of Alcohol, Tobacco, Firearms and Explosives is hereby authorized to dispose of the firearm and ammunition identified in paragraph 2 of this Order.

4.      That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

5.    That the Clerk of the Court shall forward one certified copy of this

Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney

Martin J. McLaughlin.


DATED this 27th day of January, 2015.


LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA